UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>T. COOPER, et al.,<br><br>    Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2020, plaintiff filed a motion requesting that his deposition, set for April 10, 2020, be set aside due to the Covid-19 pandemic. (ECF No. 43.) Plaintiff alleges that he suffers from a well-documented, pre-existing chronic restrictive pulmonary condition, in addition to asthma. Plaintiff is concerned that attending his deposition, which will be attended by defense counsel, court reporter and prison staff, may cause him to be exposed to the Covid-19 virus. Plaintiff requests that his deposition be rescheduled for a later date.

Good cause appearing, IT IS HEREBY ORDERED that within five days of the date of this order, defendants shall inform the court of the status of plaintiff's deposition; if plaintiff's

////

////

////

deposition is scheduled for April 10, 2020, defendants shall address plaintiff's health concerns and why plaintiff's deposition could not be rescheduled for a later date.

Dated: April 1, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc560.dep