UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>T. COOPER, et al.,<br><br>    Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 22, 2020, plaintiff submitted a request for reconsideration of the May 15, 2020 order denying his motion requesting that the court refer certain individuals and a state agency to the Department of Justice for prosecution.  Plaintiff requests that the request for reconsideration be filed under seal.

    On May 22, 2020, the court also received two documents purportedly from plaintiff's mother.  Plaintiff appears to request that these documents be filed under seal as well.

    The undersigned herein directs the Clerk of the Court to file under seal plaintiff's request for reconsideration and the two documents purportedly from his mother.  Plaintiff is informed that the court will not accept further documents from his mother (or any other non-party) because she is not a party to this action.  Plaintiff is also informed that all further requests for documents to be filed under seal must include a well-supported motion for sealing.

1

1   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file
2   under seal plaintiff's request for reconsideration filed on May 22, 2020 and the two documents
3   submitted by plaintiff's mother on May 22, 2020.
4   Dated:  May 29, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcclin560.sea