UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. COOPER, et al.,<br><br>　　　　Defendant. | No. 2: 18-cv-0560 JAM KJN P<br><br><br><br>ORDER |

On May 29, 2020, plaintiff filed under seal a request for reconsideration of the magistrate judge's order filed May 15, 2020 denying plaintiff's motion requesting that the court refer certain individuals and a state agency to the Justice Department for investigation and criminal prosecution.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 15, 2020 is affirmed.

DATED: June 29, 2020

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE