IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**COOPER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:18-cv-0560 JAM KJN P<br><br>**ORDER** |

　　　Pending before the court is defendants' motion to modify the discovery and scheduling order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.　　Defendants' motion to modify the discovery and scheduling order (ECF No. 84) is granted;

　　　2.　　The deadline to file dispositive motions is now February 20, 2021.  All other deadlines in the discovery and scheduling order remain in effect.

Dated:  December 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mcclin560.eot(sj)

1

[Proposed] Order (2:18-cv-0560 JAM KJN P)