UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COOPER, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br>ORDER |

The Court, having considered the parties' stipulation and good cause appearing, substitutes the current Defendant J. Cantu with Officer J. Cantu, and dismisses the current Defendant J. Cantu from this case.

　　　IT IS SO ORDERED.

Dated:  March 12, 2021

　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mcclin560.stip

1