UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COOPER, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br>ORDER |

Pending before the court is defendants' motion to modify the discovery and scheduling order and request for extension of time to respond to plaintiff's motion for sanctions. Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to modify the discovery and scheduling order and request for extension of time to respond to plaintiff's motion for sanctions (ECF No. 102) is granted. The parties shall have until August 18, 2021 to file any dispositive motions, and defendants shall file a response to plaintiff's motion for sanctions on or before July 22, 2021.

Dated: June 21, 2021

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mcclin560.eot(sj2)

1