# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,** | Case No. 2:18-cv-0560 JAM KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **COOPER, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' second request for an extension of time to file an opposition to Plaintiff's motion for sanctions. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time to file an opposition to Plaintiff's motion for sanctions (ECF No. 104) is GRANTED. Defendants shall have until August 5, 2021, to file an opposition to Plaintiff's motion for sanctions.

Dated: July 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc560.eot(s)

1

[Proposed] Order (2:18-cv-0560 JAM KJN P)