IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,** | Case No. 2:18-cv-0560 JAM KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **COOPER, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 112) is GRANTED. The dispositive motion deadline shall be taken off calendar, and the parties will have until thirty days after the Court rules on Defendants' cross-motion for terminating sanctions (ECF No. 109) to file any dispositive motions.

Dated:  August 24, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mcclin560.mod(2)