IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,** | Case No. 2:18-cv-0560 JAM KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **COOPER, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 119) is GRANTED. The dispositive motion deadline shall be extended by twenty-one days. The parties will have until January 13, 2022 to file any dispositive motions.

Dated:  December 17, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc560.eot(dis)