UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COOPER, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's February 7, 2022 motion for a three week extension of time.  (ECF No. 127.)

　　　　In the pending motion, plaintiff does not specify the pleading for which he requests an extension of time.  On January 21, 2022, the undersigned granted plaintiff a twenty-one days extension of time to file a dispositive motion.  (ECF No. 126.)  The undersigned assumes that the pending motion also requests an extension of time to file a dispositive motion.

　　　　On January 20, 2022, defendants filed a summary judgment motion.  (ECF No. 124.)  The undersigned assumes that the pending motion also requests an extension of time to file an opposition to defendants' summary judgment motion.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 127) is granted.
2. Plaintiff is granted twenty-one days from the date of this order to file a summary judgment motion and an opposition to defendants' summary judgment motion.

Dated: February 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc560eot(4)