UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCLINTOCK,<br><br>   Plaintiff,<br><br> v.<br><br>COOPER, et al.,<br><br>   Defendants. | No. 2: 18-cv-0560 JAM KJN P<br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's third request for extension of time to file an opposition to defendants' summary judgment motion. (ECF No. 131.)

  On March 4, 2022, the undersigned granted plaintiff's second request for an extension of time to file an opposition to defendants' summary judgment motion. (ECF No. 130.) The undersigned ordered that no further requests for extension of time would be granted. (Id.)

  In the pending third request for extension of time, plaintiff alleges that he was put on a new quarantine, apparently based on the COVID-19 pandemic. (ECF No. 131.) Plaintiff alleges that his access to the law library and legal property are restricted  (Id.)

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's third request for an extension of time to file an opposition to defendants' summary judgment motion (ECF No. 131) is granted;
2. No further requests for extension of time will be granted.

Dated: April 13, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc560.eot(p2)