IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN MCCLINTOCK,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**COOPER, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:18-cv-00560-JAM-KJN (PC)<br><br>**ORDER** |

　　Pending before the Court is Defendants' request for a twenty-one-day extension of time to reply to Plaintiff's opposition to their motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time (ECF No. 134) is GRANTED. Defendants shall have until June 15, 2022, to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment.

Dated:  May 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mc560.eot(d2)